
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HECTOR RAUL ORTIZ-TARAZON, Sr.,<br><br>Defendant - Appellant. | No. 14-10313<br><br>D.C. No. 2:12-cr-00877-JAT-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, Senior District Judge, Presiding

Submitted November 2, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Hector Raul Ortiz-Tarazon, Sr. appeals from the district court's judgment

and challenges his guilty-plea convictions and concurrent 120-month sentences for

violating 18 U.S.C. § 1956(h) and 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii) and 846.

He also challenges his conviction and consecutive 60-month sentence for violating

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

18 U.S.C. §§ 924(c)(1)(A)(i) and 2.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ortiz-Tarazon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel.  Ortiz-Tarazon has filed a pro se supplemental brief.  No answering brief has been filed.

Ortiz-Tarazon has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**